PI
835

# TWENTY FOUTH JUDICIAL DISTRICT FOR THE PARISH OF JEFFERSON
## STATE OF LOUISIANA

NO: 822-975                                    SECTION N

### JULIE MANGIARACINA SCUDERI

### VERSUS

### DNHG, LLC, AND PARK PLACE HEALTHCARE, LLC

FILED: _____          _____
                                 DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of Julie Mangiaracina Scuderi, a person of the full age of majority and resident of the Parish of Jefferson, with respect represents:

I.

That made defendants Park Place Healthcare, LLC, , a domestic limited liability company having its registered office in the Parish of East Baton Rouge and DNHG, LLC a domestic corporation having its registered office in the Parish of East Baton Rouge, are liable jointly and severally, are liable unto your petitioner in a true and full sum in excess of FIFTY THOUSAND ($50,000) DOLLARS together with legal interest from date of judicial demand and the cost of these proceedings for the following reasons to-wit:

II.

Your petitioner underwent a right knee replacement in May of 2021 at University Medical Center (UMC) by Dr. Anna Cohen-Rosenblum. She was referred to River Palms Nursing and Rehabilitation, LLC located at 5301 Tullis Drive in New Orleans for rehabilitation. She received sub-standard care at this facility and was subsequently admitted to West Jefferson Medical Center (WJ) for a urinary tract infection. She remained at WJ for approximately 7 days. Upon discharge she was transported to Park Place Healthcare, LLC located in Gretna, Louisiana, for rehab.

III

That approximately a few days before Hurricane Ida was set to hit the Greater New Orleans Area, the administrators of Park Place Healthcare, LLC and DNHG, LLC working in concert placed a catheter in your petitioner and transported her by ambulance, without any of her

24th E-Filed: 11/19/2021 10:59 Case: 822975 Div:N Atty:018818 CHRISTOPHER J BRUNO

- 1 -



JON A. GEGENHEIMER  11/22/2021 16:11:55 CERTIFIED TRUE COPY - Pg:1 of 5 - Jefferson Parish Clerk of Court - ID:21156957

EXHIBIT A

medication, along with hundreds of other nursing home residents to a warehouse at 129 Calhoun Street, in Independence, Louisiana, which is owned by DNHG, LLC.

IV.

Upon arrival to the 129 Calhoun Street warehouse, it became immediately apparent that the facility was deficient in design, not suitable for nursing or rehab patients and posed an unreasonable risk of harm to your petitioner as the facility did not have the necessities of living. The facility did not have adequate power, air conditioning, a system of segregating psychiatric patients, Covid-19 patients, critically ill patients, from other patients or visitors, healthcare provisions, healthcare personnel, healthcare services, medication, security services, adequate bathroom facilities, or showering or water services making DNHG, LLC and Park Place Healthcare, LLC, who both had guard over the property, strictly liable under La. 2317 and 2317.1.

V.

Your petitioner suffers from a pre-existing psychiatric condition and was not give her medication for over 5 days.   She became extremely agitated and scared and remained that way throughout the evacuation.   During her stay she was assaulted by another patient who jumped on top of her trying to sleep on her bed.   She was deprived of nutrition losing two pant sizes and other necessities of daily living.

VI

In addition to creating an unreasonably dangerous condition, DNHG, LLC, Park Place Healthcare, LLC its administrators, officers, directors, agents, and employees, were negligent, which negligence is more particularly described as follows:

1. Failing to have a Nursing Home Preparedness Plan and/or a suitable Nursing Home Preparedness Plan for 900 people.
2. Failing to follow its own Nursing Home Preparedness Plan.
3. Failing to ensure that your petitioner had necessities of daily living such as food, water, power, air-conditioning, healthcare, toileting, privacy and medication.
4. Violation your petitioner's patient rights.
5. Failing to ensure that the facility had adequate fuel for its generators.



- 2 -

6. Failing to segregate patients in accordance with the nature of their illness, medical or psychiatric.

7. Failing to have adequate medical assistance and staffing on a 24-hour basis.

8. Failing to provide your petitioner with basic living provisions.

9. Failing to prepare for your petitioner's medical needs.

10. Complete disregard for the safety and care of its residents.

11. Failing to adequately train its employees for a hurricane evacuation,

12. Cruelty and indifference to the welfare of your petitioner.

13. Failing to comply with COVID-19 protocol.

VI.

That because of the above describe acts of negligence, and unreasonably dangerous condition of 129 Calhoun Street, Independence, La., your petitioner suffered physical pain, mental anguish, past, present and future, post traumatic stress disorder, aggravation of her pre-existing psychiatric condition and medical expenses.

WHEREFORE, your petitioner prays that the defendants, DNHG, LLC and Park Place Healthcare, LLC be duly cited and served with a copy of this petition and that after due proceedings had there be judgment herein in favor of your petitioner, Julie Mangiaracina Scuderi and against DNHG, LLC and Park Place Healthcare, LLC finding them liable jointly and severally in a true and full sum in excess of FIFTY-THOUSAND ($50,000) DOLLARS together with legal interest from date of judicial demand for all costs of these proceedings.

Respectfully submitted,

Verified by pdfFiller

_____
CHRISTOPHER J. BRUNO #18818
**LAW OFFICES OF CHRISTPOHER J. BRUNO**
**935 Gravier Street, Ste. 1950**
**New Orleans, LA   70112**
**504-581-8222**
**Direct (504) 606-8093**
**Fax: (504) 249-8010**
chris@cjbrunolaw.com

- 3 -


11/22/2021 16:11:55 CERTIFIED TRUE COPY - Pg:3 of 5 - Jefferson Parish Clerk of Court - ID:21156957

24th E-Filed: 11/19/2021 10:59 Case: 822975 Div:N Atty:018818 CHRISTOPHER J BRUNO

**PLEASE SERVE**

Park Place Healthcare, LLC
Through its agent for service
Eric Landry
301 Main Street, Suite 2300
Baton Rouge, LA.   70801

DNHG, LLC
Through its agent for service
Eric Landry
301 Main Street, Suite 2300
Baton Rouge, LA.   70801

- 4 -

